Howard L. Magee (SBN 185199)
Drew L. Alexis (SBN 177692)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California 90071
(213) 488-6555 telephone
(213) 488-6554 facsimile

Attorneys for Defendants
HERRICK CORPORATION dba
STOCKTON STEEL AND JOHN FITZHUGH

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOYCE TUHN, | Case No. 2:11-CV-00544-JAM-CKD |
| Plaintiff, | **STIPULATION TO DISMISSAL OF ACTION AND ORDER** |
| vs. | |
| HERRICK & CO., INC.; HERRICK CORPORATION dba STOCKTON STEEL; JOHN FITZHUGH, and DOES 1-25, | Action Filed: January 18, 2011<br>Trial Date:    October 22, 2012 |
| Defendants. | |

1

**STIPULATION TO DISMISSAL OF ACTION AND [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rule 41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, Plaintiff Joyce Tuhn (referred to as "Plaintiff") and Defendants Herrick Corporation dba Stockton Steel and John Fitzhugh (collectively referred to as "Defendants") acting by and through their attorneys of record, hereby stipulate as follows:

1. Plaintiff commenced this action on January 18, 2011 by filing her Complaint for Damages in the Stockton County Superior Court. Said Complaint for Damages alleged the following claims: 1) Violation of Title VII of the Civil Rights Act of 1964 as amended; and 2) Violation of the California Fair Employment and Housing Act ("FEHA"). Defendants subsequently removed Plaintiff's Complaint to this Court on February 25, 2011 – Federal Case No. 2:11-CV-00544-AM CKD (referred to as "the Action").

2. Plaintiff and Defendants have now reached a resolution of Plaintiff's pending Action in this Court.

3. Based on that resolution, the Parties stipulate that the Action and claims asserted by Plaintiff be dismissed with prejudice, and that each side bears its own costs and attorneys' fees.

SO STIPULATED.

DATED: _____

By: _____
Michael Babitzke
Attorney for Plaintiff

DATED: _____     DIVERSITY LAW GROUP, PC

By: _____
Howard L. Magee
Attorneys for Defendants
Herrick Corporation dba Stockton Steel and John Fitzhugh

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

FOR GOOD CAUSE SHOWN, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Plainitff Joyce Tuhn's Action (Federal Case No. 2:11-CV-00544-JAM-CKD) and all claims contained therein are hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees as to all claims dismissed herein.

IT IS SO ORDERED.

DATED: June 12, 2012          /s/ John A. Mendez
                              JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com